WRIGHT, FINLAY & ZAK, LLP
Robin P. Wright, Esq., SBN 150984
Joshua R. Hernandez, Esq. SBN 258266
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 477-9200
rwright@wrightlegal.net; jhernandez@wrightlegal.net

Attorneys for Defendants, NATIONSTAR MORTGAGE, LLC; and VERIPRISE PROCESSING SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL J. FRIEDMAN, an Individual<br><br>Plaintiff,<br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; VERIPRISE PROCESSING SOLUTIONS, LLC, a Delaware Limited Liability Company and DOES 1-100, INCLUSIVE, | Case No.: 2:15-cv-03467-RGK-SS<br><br>*Hon. R. Gary Klausner*<br><br>**DECLARATION OF JORGE VALADEZ IN SUPPORT OF OPPOSITION TO MOTION FOR REMAND**<br><br><u>Hearing</u><br>Date:   June 15, 2015<br>Time:   9:00 a.m.<br>Ctrm:   850 |

**TO THE CLERK OF THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

I, Jorge Valadez, declare and state as follows:

1. I am a Vice President for Veriprise Processing Solutions, LLC ("Veriprise") a Defendant in the above action. I have personal knowledge of the facts set forth herein based on my review of the business records of Veriprise and, if called as a witness, I could and would testify competently to these facts under oath.

-1-

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR REMAND

3. Veriprise Processing Solutions, LLC is a Delaware limited liability company with its principal place of business in Texas.

4. Veriprise Processing Solutions, LLC has a single member: Solutionstar Holdings, LLC. Solutionstar Holdings, LLC is a Delaware limited liability company with its principal place of business in Texas.

5. Solutionstar Holdings has a single member: Nationstar Mortgage, LLC.

6. Nationstar Mortgage, LLC is a Delaware limited liability company, organized and existing under the laws of the State of Delaware with its principal place of business in Texas.

7. Nationstar Mortgage LLC has two members: Nationstar Sub1, LLC, and Nationstar Sub 2, LLC. Nationstar Sub1, LLC is a Delaware limited liability company, with its principal place of business in Texas. Nationstar Sub2, LLC is a Delaware limited liability company, with its principal place of business in Texas.

8. Nationstar Sub1, LLC has only one member: Nationstar Mortgage Holdings, Inc. Nationstar Mortgage Holdings, Inc. is a Delaware corporation with its principal place of business in the state of Texas.

9. Nationstar Sub2, LLC has only one member: Nationstar Mortgage Holdings, Inc. Nationstar Mortgage Holdings, Inc. is a Delaware corporation with its principal place of business in the state of Texas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of May (month) 2015 (year), at Lewisville (city), TX (state).

_____
Name

Jorge Valadez, Vice President,
Title

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION FOR REMAND

# PROOF OF SERVICE

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On May 26, 2015, I served the within **DECLARATION OF JORGE VALADEZ IN SUPPORT OF OPPOSITION TO MOTION FOR REMAND** on all interested parties in this action as follows:

[x]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Barton A. Friedman
Nathaniel J. Friedman PC
8500 Wilshire Boulevard Suite 910
Beverly Hills CA 90211
310-277-2889
Email: bafriedman@medlawyer.net

Michael Anthony Naso
Law Office of Michael A. Naso
8001 Irvine Center Drive Suite 1090
Irvine, CA 92618
949-769-3400
Email: mnaso@nao-law.com
ATTORNEYS FOR PLAINTIFF NATHANIAL J. FRIEDMAN

[ ]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]  (BY PERSONAL SERVICE) I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached service list.

[ ] (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[x] (BY GOLDEN STATE OVERNIGHT- NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by Golden State Overnight with the delivery fees provided for.

[x] (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E).

[x] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2015, at Newport Beach, California.

_____
Gretchen Grant